AO 245H (Rev 9/00) Judgment in a Misdemeanor Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 07/28/2002: DJS 02013)

Case 3:21-cr-05235-CVB    Document 19    Filed 01/10/22    Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>EMILY G. JONES, | **JUDGMENT IN A CRIMINAL CASE**<br>**(Short Form)**<br><br>CASE NUMBER:  CR21-5235 |

```
┌─────────────────────────────────────────┐
│ ____ FILED ____   ____ LODGED            │
│              ____ RECEIVED               │
│         Jan 10 2022                      │
│     CLERK U.S. DISTRICT COURT            │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY _____ DEPUTY │
└─────────────────────────────────────────┘
```

John Carpenter
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to a single-count Superseding Information (misdemeanor)

| Title & Section | Nature of Offense | Offense Ended | Count No. |
|---|---|---|---|
| l8 U.S.C. §§ 7 and 13<br>R.C.W. 46.61.500 | Reckless Driving | 08/10/2020 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|---|
| $775 | $750 | $25 | $ N/A | Within 6 months |

Defendant's SSN: XXX-XX-7850

Defendant's DOB: XX-XX-1992

Defendant's USM No: _____ N/A

_Via zoom Emily Jones_
Defendant's Signature

_s/ Barbara J. Sievers_
BARBARA J. SIEVERS, Assistant United States Attorney

January 10, 2022
Date of Imposition of Judgment

_Theresa L Fricke_
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

1-10-2022
Date